**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 18-cv-22795-DPG**

MAGDALENA CONREY, and
all others similarly situated under
*29 U.S.C. 216(b),*

    Plaintiff(s),

v.

BAGEL WAY KOSHER WAY, INC.
d/b/a BAGEL WAY, and AURELIA
BEN TOV, individually,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE having come before the Court upon Plaintiff's Motion for Final Default Judgment Against Defendant, Bagel Way Kosher Way, Inc. d/b/a Bagel Way, it is

**ORDERED and ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Magdalena Conrey against Defendant, Bagel Way Kosher Way, Inc. d/b/a Bagel Way, pursuant to Federal Rule of Civil Procedure 58.

2. Plaintiff, Magdalena Conrey shall recover from Defendant, Bagel Way Kosher Way, Inc. d/b/a Bagel Way in the amount of $26,175.00, together with $4,344.50 in reasonable attorney's fees, and $571.95 in costs, for a total of **$31,091.45**, for which sum let execution issue.

3. This judgment shall bear interest in accordance with 28 U.S.C. Section 1961.

4. The Court retains jurisdiction over this cause and over the parties for purposes of entering all further post-judgment orders that are just and proper.

DONE and ORDERED in Miami, Florida, on this _ day of September, 2018.

**HON. DARRIN GAYLES**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to:
*Counsel of Record*
*Bagel Way Kosher Way, Inc. d/b/a Bagel Way*