UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 18-cv-22795-DPG**

MAGDALENA CONREY, and
all others similarly situated under
*29 U.S.C. 216(b),*

 Plaintiff(s),

v.

BAGEL WAY KOSHER WAY, INC.
d/b/a BAGEL WAY, and AURELIA
BEN TOV, individually,

 Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Final Default Judgment Against Defendant, Bagel Way Kosher Way, Inc. d/b/a Bagel Way. [ECF No. 15]. Plaintiff's Motion was granted by this Court on September 12, 2016. [ECF No. 16]. Pursuant to Federal Rules of Civil Procedure 58(a), the Court enters this separate final default judgment. Accordingly it is

**ORDERED and ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Magdalena Conrey against Defendant, Bagel Way Kosher Way, Inc. d/b/a Bagel Way, pursuant to Federal Rule of Civil Procedure 58(a).

2. Plaintiff, Magdalena Conrey shall recover from Defendant, Bagel Way Kosher Way, Inc. d/b/a Bagel Way in the amount of $26,175.00, together with $4,344.50 in reasonable attorney's fees, and $571.95 in costs, for a total of $31,091.45, for which sum let execution issue.

3. This judgment shall bear interest in accordance with 28 U.S.C. § 1961.

4. The Court retains jurisdiction over this cause and over the parties for purposes of entering all further post-judgment orders that are just and proper.

**DONE and ORDERED** in Miami, Florida, on this 12th day of September, 2018.

                                          DARRIN P. GAYLES
                                        UNITED STATES DISTRICT JUDGE