UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:18-cv-22795-GAYLES

MAGDALENA CONREY, and
All others similarly situated under
*29 U.S.C. § 216(b)*,

    Plaintiff(s),

v.

BAGEL WAY KOSHER WAY INC.
d/b/a BAGEL WAY, and AURELIA
BEN TOV, individually,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

**THIS CAUSE** comes before the Court upon the Fair Labor Standards Act ("FLSA") Fairness Hearing conducted by the Court on January 15, 2019. The Court has considered the Motion made by the parties and the pertinent positions of the parties, the terms of the settlement agreement, and is otherwise fully advised in the premises. Fair Labor Standards Act claims may only be released upon the approval of the Court or the Secretary of Labor. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Courts will approve a settlement if it is a "fair and reasonable resolution of a bona fide dispute over FLSA provision." *Id.* at 1354.

The Parties have entered the following material terms as part of their Settlement Agreement:

Defendants shall pay Plaintiff the total sum of $9,500.00. Plaintiff shall receive payment in the amount of $2,500.00, the sum of which constitutes unliquidated and liquidated damages

for the claims arising under the FLSA. Plaintiff's counsel shall receive $4,500.00 in reasonable attorney's fees and $2,500.00 in costs. On January 15, 2019, Defendants shall submit one (1) payment in the amount of $4,000.00 to Plaintiff's counsel. On February 15, 2019, Defendants shall submit their second payment in the amount of $2,000.00 to Plaintiff's counsel. On March 15, 2019, Defendants shall submit their third payment in the amount of $2,000.00 to Plaintiff's counsel. On April 15, 2019, Defendants shall submit the fourth and final payment in the amount of $1,500.00 to Plaintiff's counsel. All settlement payments shall be delivered to counsel for Plaintiff's address indicated on the pleadings filed with this Court.

The Parties have agreed that Defendants' failure to submit any single one of these payments to Plaintiff's counsel shall be grounds for immediate sanctions to be entered by this Court against Defendants, including the requirement that Defendants complete a Fact Information Sheet already filed with the Court. Based on the terms set forth herein, the Court finds that the settlement agreement entered by the Parties is a fair and reasonable arm's-length agreement. *Id.*

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Motion is **GRANTED.** The Court will retain jurisdiction to enforce the settlement agreement for ninety (90) days from the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of January, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

*Cc: Counsel of record via CM/ECF*